IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORCHESTRATEHR, INC. and VIVATURE, INC. | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:13 CV-2110-P |
| ANTHONY L. TROMBETTA, THE BORDEN-PERLMAN INSURANCE AGENCY, INC., KELLY MYERS, and DAVE ICENHOWER, | § § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RELEASE CASH BOND

The Court, having considered Plaintiffs OrchestrateHR, Inc.'s and Vivature, Inc.'s (collectively "Plaintiffs'") Unopposed Motion to Release the cash bond posted on or about June 21, 2013, in support of Plaintiffs and Defendants Anthony L. Trombetta and Borden-Perlman Insurance Agency, Inc. Joint Application for Entry of Second Agreed Temporary Restraining Order (the "Motion") finds that that the Motion has merit and **GRANTS** the same.

It is therefore **ORDERED** as follows:

1. The $2,500.00 cash bond posted by Plaintiffs through their counsel of record will be released to Beckham Portela, and

2. A check shall be issued and delivered to Beckham Portela IOLTA, 3400 Carlisle St., #550, Dallas, Texas 75220.

SO ORDERED, this ___19th___ day of ___March___, 2024

_____
HON. JUDGE PRESIDING

Sr. U.S. District Judge
For the Southern District
of Mississippi

I:\Orchestrate\BP\Pleadings\Order M2 Release TRO Bond 031924.docx

---

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO RELEASE CASH BOND**     **PAGE 2**

---